Exhibit A to the Complaint

**Location:** Mount Sinai, NY  
**Total Works Infringed:** 25

**IP Address:** 24.185.154.63  
**ISP:** Optimum Online

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | 6F5160673E83808D9D04CD0C3C30F6F503AD53C5 | 06/15/2025 21:12:44 | Blacked | 10/30/2021 | 11/11/2021 | PA0002321300 |
| 2 | c409fbd2ab404a613ce4fa6e5196c12b34639ffc | 07/25/2025 01:47:57 | Vixen | 11/08/2024 | 11/18/2024 | PA0002500853 |
| 3 | 6c4a44aa395423b419d7f392377237e5e7febaa3 | 06/15/2025 22:32:03 | Blacked Raw | 04/09/2023 | 05/14/2023 | PA0002411278 |
| 4 | 63B5186ABC02BA1522B29892EE9D48E05D6A7659 | 06/15/2025 21:11:35 | Blacked | 11/06/2019 | 11/15/2019 | PA0002211857 |
| 5 | 22ADEC835850A7DD752665A8CFE54439BC5EFBBA | 06/15/2025 21:10:59 | Blacked | 11/06/2021 | 11/11/2021 | PA0002321284 |
| 6 | 7E21C3E96A371F93D2AC4D61B9D6210F7A57ED76 | 06/15/2025 21:10:25 | Blacked Raw | 11/22/2021 | 12/09/2021 | PA0002325831 |
| 7 | 864aeca3e898ea4761675344e3a376f7642178c2 | 06/08/2025 19:19:54 | Vixen | 08/25/2023 | 09/18/2023 | PA0002431081 |
| 8 | 13594ce970c7bfb84b93e81e7135e927a6bf6648 | 06/08/2025 18:44:03 | Blacked | 08/26/2023 | 09/18/2023 | PA0002430902 |
| 9 | a9abf7f85ff9e4630856db795005286fe729c693 | 06/08/2025 18:22:14 | Milfy | 07/31/2024 | 09/17/2024 | PA0002490325 |
| 10 | 29cfa5102aff5f69bd1b628d7a1552cea08500a3 | 06/05/2025 02:10:37 | Blacked Raw | 12/05/2022 | 01/10/2023 | PA0002389624 |
| 11 | 6101e18c1e71d149d8ce0d9b46aed22e8921eaa0 | 04/24/2025 22:01:06 | Blacked | 07/02/2022 | 07/22/2022 | PA0002359461 |
| 12 | 68cf98e0e56c8fe9c29ca0b2012644d1a7b7f540 | 04/21/2025 22:38:56 | Tushy | 01/27/2025 | 02/18/2025 | PA0002515936 |
| 13 | e29bcc2d417b95ae806e583350100ff547c82e4c | 04/15/2025 23:39:28 | TushyRaw | 10/11/2023 | 11/14/2023 | PA0002439659 |
| 14 | d2cd3fadb3d05828c86d71c80e819230f7e86a99 | 04/14/2025 23:02:30 | Slayed | 02/06/2024 | 03/28/2024 | PA0002462508 |
| 15 | b30f0b98399cdbb72cc1eee343554c0b2c27daee | 04/13/2025 20:04:43 | Slayed | 01/17/2023 | 02/21/2023 | PA0002400995 |
| 16 | bd0e1a645a2c5fd02c14490bec01858c7d0272ec | 03/17/2025 23:48:50 | Blacked Raw | 01/22/2024 | 02/14/2024 | PA0002455065 |

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 17 | 5fb700e672dafabac9ab5cc5f6f01113db5cf0de | 03/17/2025 15:36:35 | Tushy | 05/21/2023 | 06/09/2023 | PA0002415379 |
| 18 | b2e6744ef56c0ccd2057ceb12b03124f9846e4e5 | 03/07/2025 00:57:45 | Blacked | 09/05/2024 | 09/17/2024 | PA0002490366 |
| 19 | 22d7f2274cab57219a164da9dfc2363b83583729 | 02/12/2025 20:49:38 | Vixen | 09/20/2024 | 10/16/2024 | PA0002494775 |
| 20 | 9cb00b0b643f02d773bd642e991daebbe8ce65c0 | 02/05/2025 02:52:09 | Blacked | 12/17/2022 | 01/10/2023 | PA0002389619 |
| 21 | 26fd5578050d064649d4a33c3c28cf4c4c4b57e1 | 02/04/2025 21:01:53 | Milfy | 01/08/2025 | 01/16/2025 | PA0002509390 |
| 22 | 0262f1dac8bb7c0c5bb07f178efe21ca3720e79a | 02/04/2025 20:45:09 | Slayed | 04/02/2024 | 06/25/2024 | PA0002477542 |
| 23 | 8e4a8c486fad8c7449819573d7170732ea0bec9e | 02/04/2025 19:20:22 | Tushy | 03/27/2022 | 04/23/2022 | PA0002346427 |
| 24 | 9f13d3b145cce386864bf926bad514f539747bc1 | 01/23/2025 21:17:38 | TushyRaw | 06/11/2024 | 06/18/2024 | PA0002476930 |
| 25 | 10F9D719D85EAA598C00FBD6A96BAE0BCA4CC0FA | 01/16/2025 21:48:02 | Blacked | 10/10/2024 | 10/16/2024 | PA0002494697 |